<u>UNPUBLISHED</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-1931**

_____

GEORGIA ANNE MCCAULEY,

Plaintiff - Appellant,

versus

JOHN OR JANE DOE, Dispatcher/Deputy; GARY
DEMBO, Deputy; A. R. CAHO, Sergeant; WILLIAM
JOHNSON, Sergeant; JAMES W. HAGY, Sheriff;
FREDERICK COUNTY SHERIFF'S OFFICE,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Benson Everett Legg, Chief District Judge.
(CA-02-684-L)

_____

Submitted: February 25, 2003          Decided: March 10, 2003

_____

Before NIEMEYER, TRAXLER, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Georgia Anne McCauley, Appellant Pro Se. J. Marks Moore, III,
Samuel Maddox Riley, WEST & MOORE, L.L.C., Baltimore, Maryland, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Georgia Anne McCauley appeals the district court's order dismissing her civil action.  We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court.  <u>See</u> <u>McCauley v. Doe</u>, No. CA-02-684-L (D. Md. July 12, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>